✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |
|---|---|---|

UNITED STATES OF AMERICA,

                Plaintiff,

       v.

ERNEST VILLARREAL-SANCHEZ,

              Defendant.

**APPEARANCE**

Case Number:  08MJ0180

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    ERNEST VILLARREAL-SANCHEZ

    I certify that I am admitted to practice in this court.

| 1/23/2008 | /s/ ROBERT R. HENSSLER |
|---|---|
| Date | Signature |

| ROBERT HENSSLER / Federal Defenders o⸱ | 216165 |
|---|---|
| Print Name | Bar Number |

225 Broadway, Suite 900

Address

| San Diego, CA  92101 | | |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: January 23, 2008

    */s/ Robert R. Henssler*
ROBERT R. HENSSLER, JR.
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Robert_Henssler@fd.org