# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Ernest Villareal-Sanchez ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08mj180 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / (Order of Court)).

Maria Aguilar-Gutierrez

DATED: 2-5-08

**JAN M. ADLER**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
　　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by Rhea Rhe

Deputy Clerk

**CLERK'S OFFICE COPY**
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082