# UNITED STATES DISTRICT COURT

## OF THE SOUTHER DISTRICT OF CALIFORNIA

## MAGISTRATE JUDGE JAN M. ADLER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>VILLARREAL-SANCHEZ, ERNEST<br><br>         Defendant. | Case No.: 08 mj 0180<br>Hon: Judge Jan M. Adler<br><br>ORDER TO EXONERATE THE<br>MATERIAL WITNESS BOND |

**ORDER**

IT IS ORDERED that the personal surety bond for the five thousand dollars ($5,000.00), which secured the presence of the material witness Sara Llaguno-Diaz, be exonerated. The deposit of five hundred dollars ($500.00) for the bond be returned to the surety:

PEDRO SANTIAGO-RUIZ

355 FITZPATRICK RD., SAN MARCOS, CA 92069

Dated: March 6, 2008

Jan M. Adler
U.S. Magistrate Judge